No. 3,347.—State, RESPONDENT, v. MORRIS LAWLOR ET AL.; APPELLANTS.

*Appeal from District Court, Lewis & Clark County; J. M. Clements, Judge.*

Decided March 19, 1914.

PER CURIAM.—It is ordered that the appeal in the above-entitled cause be dismissed in accordance with the stipulation of counsel on file herein.

*Mr. W. D. Rankin*, for Appellants.

*Mr. D. M. Kelly*, Attorney General, for Respondent.

No. 3,476.—STATE EX REL. EMERSON W. SLACK ET AL., RELATORS, v. DISTRICT COURT ET AL., RESPONDENTS.

Original application for writ of mandate.

Decided April 16, 1914.

PER CURIAM.—Relators' petition for writ of mandate herein, is after due consideration by the court denied.

*Messrs. Rodgers & Gilbert* and *Callaway & Callaway*, for Relators.